# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
|                      Plaintiff, ) | |
| vs. ) | No. 04-3057-CR-SW-FJG |
| Manuel Villareal-Amarillas, ) | |
|                      Defendant. ) | |

## ORDER

Defendant's *pro se* sentencing memorandum (Doc. #239) will be considered by this Court as a request to reconsider this Court's sentencing decision of August 15, 2005. After careful review of the defendant's memorandum (Doc. #239) and the government's response thereto (Doc. #240), as well as a review of the sentencing transcript, the Court finds that the defendant has failed to demonstrate his sentence is not supported by the record. Therefore, his request is denied.

                                                  /s/Fernando J. Gaitan, Jr.
                                                  Fernando J. Gaitan, Jr.
                                                  United States District Judge

Dated:   December 18, 2006
Kansas City, Missouri